NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. BRITTON,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2024-2366

---

Petition for review of the Merit Systems Protection Board in No. AT-831M-21-0233-B-1.

---

Before LOURIE, MAYER, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Robert L. Britton petitions this court to review the administrative judge's initial decision, even though he has a timely petition to review the same decision pending before the Merit Systems Protection Board.  In response to this court's October 30, 2024 show cause order, the Office of Personnel Management urges dismissal as premature.  Mr. Britton has not responded.

In general, this court only has jurisdiction over "an appeal from a final order or final decision of the . . . Board."

2                                                    BRITTON v. OPM

28 U.S.C. § 1295(a)(9).  A timely petition for Board review renders the initial decision non-final.  *See* 5 C.F.R. § 1201.113(a).  Given the pending petition at the Board, we currently lack jurisdiction.  After the Board issues a final decision, petitioner may, if necessary, file a timely petition for this court's review.  Alternatively, if he wishes to forgo Board review of his petition and instead directly pursue this court's review, he may wish to consider the Board's withdrawal policy as identified by the Clerk of the Board in the letter accompanying the certified list in this case.  *See* ECF No. 3 at 1; *see also* June 2022 Board Policy.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for review is dismissed.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 31, 2025
Date